**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James E. Thornberg,                                   Civ. No. 14-00122 (SRN/JJK)

       Plaintiff,

  v.

                                        **ORDER**

1)  State Farm Fire and Casualty Company,
    Insurer
2)  Dale Gerdin, Insured, Landlord
3)  Carol Gerdin, insured, Landlord
4)  John Doe
5)  John Doe
6)  John Doe
7)  John Doe
8)  John Doe

       Defendant.

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J.

Keyes, dated November 19, 2014, with all the files and records, and no objections having

been filed to said Recommendation,

**IT IS HEREBY ORDERED** that Defendant State Farm's Motion for Rule 12

Dismissal [Doc. No. 25] is **GRANTED** and State Farm Fire and Casualty Insurance

Company is hereby **DISMISSED** from this action with prejudice.

Date: December 5, 2014

                                    s/Susan Richard Nelson
                                    SUSAN RICHARD NELSON
                                    United States District Court Judge